IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RANDALL KENT MULLENDORE,**

    **Plaintiff,**

    v.                                **CASE NO. 22-3160-JWL-JPO**

**CHANDLER CHEEKS, et al.,**

    **Defendants.**

## O R D E R

This matter is a civil rights action filed under 42 U.S.C. § 1983. Plaintiff alleges that he received inadequate health care for a foot injury at the Lansing Correctional Facility in violation of the Eighth Amendment.

The Court entered a memorandum and order to show cause ("MOSC") (Doc. 7) directing Plaintiff to show cause by September 16, 2022, why this matter should not be dismissed due to the deficiencies set forth. The MOSC stated that if Plaintiff failed within the time allotted to file a response, this action could be dismissed without further notice. Plaintiff has not filed a response as of the date of this Order.

Consequently, for the reasons explained in the MOSC, Plaintiff's complaint is dismissed under 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.

**IT IS THEREFORE ORDERED** that this action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

**DATED: This 21st day of September, 2022, at Kansas City, Kansas.**

<div style="margin-left:auto">

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**

</div>