# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**RANDALL KENT MULLENDORE,**

      **Plaintiff,**

v.                                                           Case No. 22-3160-JWL-JPO

**CHANDLER CHEEKS, SHANNON MEYER, (FNU) SKIDMORE, COLLETTE WINKELBAUER, CORIZON, CORIZON MEDICAL SERVICES and JOHN DOES 1-15,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to state a claim.

Entered on the docket 09/21/22

**Dated: September 21, 2022**           SKYLER B. O'HARA
                                                    CLERK OF THE DISTRICT COURT

                                                    s/S. Nielsen-Davis
                                                    **Deputy Clerk**